UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MJ-6278-VALLE

UNITED STATES OF AMERICA

v.

BEIARJOE BALDWIN FORBES,

   Defendant.
_____/

FILED BY_____ D.C.

APR 30 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   **Adam M. Love**
      ADAM M. LOVE
      Assistant United States Attorney
      Court ID No. A5503182
      500 E. Broward Boulevard, 7th FL
      Fort Lauderdale, Florida 33394
      Telephone: (954) 660-5790
      Email: Adam.Love@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America <br> v. <br> BEIARJOE BALDWIN FORBES, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 25-MJ-6278-VALLE |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 29, 2025__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 922(g)(5)(A) | Possession of a Firearm by an Illegal Alien |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Ruzicka, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/30/2025__

_____
*Judge's signature*

City and state: __Ft. Lauderdale, Florida__    Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael E. Ruzicka, being duly sworn, attest and affirm the following:

## INTRODUCTION AND AGENT BACKGROUND

1.  Since 2024 I have been employed as a Task Force Officer (TFO) for the Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI") in Fort Lauderdale, Florida where I am assigned to the Border Enforcement Security Team ("BEST") Maritime Smuggling Group and High Intensity Drug Trafficking Area ("HIDTA") of South Florida. BEST and HIDTA are investigative entities comprised of law enforcement officers from various law enforcement agencies who investigate matters which include violations of the immigration and customs laws of the United States. I have conducted several investigations involving maritime smuggling involving humans, narcotics, weapons, money, violent crimes, and organized criminal enterprises. I have received specialized training in narcotics investigations and identification as well as the laws to search and seize. HSI TFOs are authorized to investigate numerous federal violations, to include violations of Title 8, 18, 19, and 21 of the United States Code.

2.  This Affidavit is submitted in support of a criminal complaint charging Beiarjoe Baldwin Forbes ("FORBES"), with possession of a firearm by an illegal alien, in violation of Title 18 United States Code 922(g)(5)(A).

3.  The information set forth in this Affidavit is based on my personal knowledge, as well as information provided to me by other law enforcement officials and witnesses involved in this investigation. I have not included in this Affidavit every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against FORBES for the above-described criminal violation.

## PROBABLE CAUSE

*Initial Contact with FORBES*

4.      On April 29, 2025, HSI and the Broward County Sheriff's Office ("BSO") executed a residential search warrant at 9205 NW 81st Court, Tamarac, Florida (the "Residence") for the presence of narcotics. Upon entry to the residence, six individuals were found inside. Three of the six individuals attempted to flee from the residence but were caught. All six were detained for questioning. One of the six individuals was identified as FORBES.

5.      During the search of the Residence, BSO located a black with blue AR-15 firearm inside of a black bag inside of a bedroom of the Residence. Within the bedroom, BSO also located identification documents including FORBES' Bahamian driver license and passport.

6.      During a post-*Miranda*, FORBES stated in substance, "I was holding onto [the AR-15] for a good friend of mine named 'Dog'." When asked to describe the firearm he was referring to, FORBES provided a description that matched the above-described firearm.

7.      A review and inspection of the above-described firearm revealed that it was manufactured outside the state of Florida, thus traveling in interstate and/or foreign commerce prior to April 29, 2025.

*FORBES' Immigration Status*

8.      Record checks revealed that FORBES had been previously removed from the United States. A review of FORBES' immigration records showed that he is a native and citizen of the Bahamas who was ordered removed by an Immigration Judge on or about September 12, 2023, and deported from the United States to Bahamas on about September 15, 2023. A review of DHS systems reflected that FORBES did not apply or received permission to reapply for admission to the United States.

9. During the same post-*Miranda* interview referenced above, FORBES stated he was a citizen of Bahamas and that he was previously deported from Atlanta back to the Bahamas by U.S. Customs and Border Protection. FORBES also stated that he understood that he was not allowed to return to the United States without permission from the United States government. FORBES stated that a friend from the Bahamas did him a favor and got him on a single-engine boat from Nassau, Bahamas to Boynton Beach, Florida approximately four months ago. FORBES told law enforcement officers that he used Uber transportation services from Boynton Beach, Florida to South Florida.

## CONCLUSION

10. Based on the foregoing facts, I respectfully submit that there is probable cause to believe on or about April 29, 2025, FORBES knowingly possessed a firearm, in and affecting interstate and foreign commerce, knowing that he was an alien illegally and unlawfully in the United States, in violation of Title 18 United States Code 922(g)(5)(A).

_____
Michael E. Ruzicka
Task Force Officer
Homeland Security Investigations

Subscribed and sworn to before me
on April 30, 2025, in Fort Lauderdale, Florida

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-MJ-6278-VALLE

### BOND RECOMMENDATION

DEFENDANT: BEIARJOE BALDWIN FORBES

PTD
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Adam Love*

AUSA:   ADAM M. LOVE

Last Known Address: 9205 NW 81st Court

Tamarac, Florida

What Facility:

Agent(s):   Michael Ruzicka
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
HSI Task Force Officer